# COURT MINUTES
## Magistrate Judge Jacqueline Becerra

King Building Courtroom 10-6     Date: 1/24/2023    Time: 10:00 a.m.

---

Defendant: ZESHENG DU (J)    J#: 40524-510    Case #: 23-2084-TORRES

AUSA: Jonathan Stratton    Attorney: Celeste Higgins - Temp

Violation: Use/Attempt to use/VISA Procured/False Stmt/Consp/Prod/ID Docs W/O Lawful Authority

Proceeding: RRC/PTD    CJA Appt: 

Bond/PTD Held: ☐ Yes ☒ No    Recommended Bond: PTD

Bond Set at: Stip $250K CSB w/Nebbia    Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services ___ Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: ___
- ☐ Other: ___

Language: Mandarin ✓

**Disposition:**
*Brady Order NOT Given* Prel/Arr 2/3/23 *Deft not eligible for court appt csl (EGT - 1/20/23)*

- Ms. Higgins filed temp ntc
- Stip $250K CSB w/Nebbia w/right to revisit
- Brady given
- Counsel reg prel/arr cont to 2-10-23
- Court granted

Time from today to ___ excluded from Speedy Trial Clock

---

**NEXT COURT APPEARANCE**    Date:    Time:    Judge:    Place:

Report RE Counsel: 2-10-23    10am    Duty    MJA

PTD/Bond Hearing: 

Prelim/Arraign or Removal: 2-10    "    "    "

Status Conference RE: 

D.A.R. 10:20:07      Time in Court: 3 mins