# COURT MINUTES

## Magistrate Judge Lisette Marie Reid

Atkins Building Courthouse - 3rd Floor       Date: 2/10/23       Time: 10:00 a.m.

Defendant: Zesheng Du          J#: 40524-510   Case #: 23-mj-2084-Torres
AUSA: Andrea Goldberg              Attorney: Celeste Higgins (Perm)
Violation: Using and Attempting to Use a U.S. Visa Procured by a False Statement
Proceeding: Prelim/Arraignment            CJA Appt:
Bond/PTD Held: ☐ Yes   ☐ No     Recommended Bond:
Bond Set at: Stip $250k Csb w/Nebbia w/right to revisit     Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services _____ Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: **Mandarin**

Disposition:
*Brady order given on 1/24/23* ** Per Government Counsel, the parties agree to a 1 week continuance**

- Deft waived prel hrg
- Deft's request to Continue GRANTED

Time from today to 2/16 excluded from Speedy Trial Clock

NEXT COURT APPEARANCE   Date:   Time:   Judge:   Place:
Report RE Counsel:
PTD/Bond Hearing:
(Prelim/Arraign) or Removal:  2/16   10:00   Duty   Miami
Status Conference RE:
D.A.R. 10:31:06                Time in Court: 7 minutes