UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**23-20059-CR-MOORE/LOUIS**

Case No. _____

18 U.S.C. § 1028(f)
18 U.S.C. § 1028(a)(1)
18 U.S.C. § 982(a)(2)(B)
18 U.S.C. § 1028(b)(5)
18 U.S.C. § 1028(g)

FILED BY_____mdc_____D.C.

**Feb 14, 2023**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami, Florida

UNITED STATES OF AMERICA

vs.

ZESHENG DU,

Defendant.

_____/

## INFORMATION

The United States Attorney charges that:

**Conspiracy to Unlawfully Produce Identification Documents
(18 U.S.C. § 1028(a)(1) and (f))**

From as early as September 2022, through on or about January 19, 2023, in Miami-Dade

County, in the Southern District of Florida, and elsewhere, the defendant,

**ZESHENG DU,**

did knowingly combine, conspire, confederate, and agree with others, to knowingly and without

lawful authority produce an identification document, that is, a counterfeit United States Legal

Permanent Resident Card, in and affecting interstate and foreign commerce, in violation of Title

18, United States Code, Section 1028(a)(1); all in violation of Title 18, United States Code, Section

1028(f).

## FORFEITURE ALLEGATIONS

1.      The allegations of this Information are hereby re-alleged and by this reference

fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **ZESHENG DU**, has an interest.

2.    Upon conviction of a violation of Title 18, United States Code, Section 1028, as alleged in this Information, the defendant shall forfeit to the United States: (a) any property constituting, or derived from, proceeds obtained, directly or indirectly, as the result of such offense, pursuant to Title 18, United States Code, Section 982(a)(2)(B); and (b) any personal property used, or intended to be used, to commit such offense, pursuant to Title 18, United States Code, Section 1028(b)(5).

All pursuant to Title 18, United States Code, Sections 982(a)(2)(B) and 1028(b)(5), and the procedures set forth in Title 21, United States Code, Section 853, as incorporated by Title 18, United States Code, Sections 982(b)(1) and 1028(g).


_____
MARKENZY LAPOINTE
UNITED STATES ATTORNEY

_____
JONATHAN D. STRATTON
ASSISTANT UNITED STATES ATTORNEY

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO.: _____

v.

ZESHENG DU

**CERTIFICATE OF TRIAL ATTORNEY\***

_____/
**Defendants.** ☑

**Superseding Case Information:**

**Court Division** (select one)

New Defendant(s) (Yes or No) _____
☑ Miami   | ☐ Key West   ☐ FTP
Number of New Defendants ____
☐ FTL   , ☐ WPB
Total number of New Counts ____

I do hereby certify that:

1.   I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.   I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. §3161.

3.   Interpreter: (Yes or No) **Yes**
List language and/or dialect: Mandarin

4.   This case will take **0** days for the parties to try.

5.   Please check appropriate category and type of offense listed below:
(Check only one)                  (Check only one)
I    ☑ 0 to  5 days          ☐ Petty
II   ☐ 6 to 10 days          ☐ Minor
III  ☐ 11 to 20 days         ☐ Misdemeanor
IV   ☐ 21 to 60 days         ☐ Felony
V    ☐ 61 days and over

6.   Has this case been previously filed in this District Court? (Yes or No) **No**
If yes, Judge _____ Case No. _____

7.   Has a complaint been filed in this matter? (Yes or No) **Yes**
If yes, Magistrate Case No. **23-mj-02084-Torres**

8.   Does this case relate to a previously filed matter in this District Court? (Yes or No) **No**
If yes, Judge _____ Case No. _____

9.   Defendant(s) in federal custody as of **January 19, 2023**

10.  Defendant(s) in state custody as of _____

11.  Rule 20 from the _____ District of _____

12.  Is this a potential death penalty case? (Yes or No) **No**

13.  Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) **No**

14.  Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss? (Yes or No) **No**

By: _____
JONATHAN D. STRATTON
Assistant United States Attorney
FL Bar No.          93075

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**:  Zesheng Du

**Case No**: _____

Count #: 1

Conspiracy to Unlawfully Produce Identification Documents

Title 18, United States Code, Section 1028(a)(1) and (f)
* **Max. Term of Imprisonment:** 15 years
* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
* **Max. Supervised Release:** 3 years
* **Max. Fine:** $250,000

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**