UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 23-cr-20059-Moore

United States of America,

v.

Zesheng Du,

_____/

## WAIVER OF INDICTMENT

I, Zesheng Du, the above named defendant who is accused of **Conspiracy to Unlawfully Produce Identification Documents**, being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waived in open court on 2/16/2023, prosecution by Indictment and consent that the proceeding may be by Information rather than by Indictment.

_____
Defendant

_____ for Celeste Higgins
Counsel for Defendant

_____
Lauren F. Louis
United States Magistrate Judge