**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 23-CR-20059-KMM**

**UNITED STATES OF AMERICA,**

vs.

**ZESHENG DU,**

        **Defendant.**
_____/

**NOTICE OF APPEARANCE**

The undersigned Assistant United States Attorney, Jorge Roberto Delgado, hereby appears as counsel for the United States of America regarding any forfeiture issues in the above-styled case.

                                  Respectfully submitted,

                                  **MARKENZY LAPOINTE**
                                  **UNITED STATES ATTORNEY**

By:   *s/ Jorge R. Delgado*_____
        Jorge Roberto Delgado
        Assistant United States Attorney
        Florida Bar No. 84118
        99 N.E. 4th Street, 7th Floor
        Miami FL, 33132-2111
        Telephone: (305) 961-9278
        E-mail: Jorge.Delgado2@usdoj.gov